In the Matter of the Accounting of MARY E. BROWN, as Administratrix of the Estate of JAMES L. BROWN, Deceased.

MARY E. BROWN, Individually and as Administratrix, Appellant; WILLIAM C. BROWN et al., Respondents.

*Matter of Brown,* 167 App. Div. 912, affirmed.
(Argued January 5, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1915, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of Mary E. Brown as administratrix of James L. Brown, deceased, and surcharging her with the contents of a certain safe deposit box and accountability for 100 shares of Norfolk and Western Railroad Company stock, together with income received thereon from the date of decedent's death, and directing distribution of certain securities and income thereon among decedent's next of kin.

*Richard T. Greene* and *John L. Feeny* for appellant.

*Joseph N. Tuttle* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.